**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Kevin Bynum Farms, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | **18-18080** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**July 16, 2018**__          X **/s/ Jerry Kevin Bynum**
                                            Signature of individual signing on behalf of debtor

                                            **Jerry Kevin Bynum**
                                            Printed name

                                            **Owner/Managing Member**
                                            Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

7/16/18 7:30PM

**Fill in this information to identify the case:**

Debtor name     **Kevin Bynum Farms, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     **18-18080**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:    **Summary of Assets**

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................................ $     18,000,000.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................................ $     167,893.57

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.......................................................................................... $     18,167,893.57

Part 2:    **Summary of Liabilities**

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     15,129,517.35

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $     0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     10,000.00

4.    Total liabilities ......................................................................................................
    Lines 2 + 3a + 3b          $     15,139,517.35

7/16/18 7:30PM

| Fill in this information to identify the case: |
| --- |

Debtor name   **Kevin Bynum Farms, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)*   **18-18080**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **SunTrust**<br>**Acct No. 1000153046577**<br>**as of 5.31.18** | **Business Banking** | 6577 | **$31,397.18** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

                            **$31,397.18**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

| | | | |
| --- | --- | --- | --- |
| 11a. 90 days old or less: | 1,457.44 | -     0.00 | = ....     **$1,457.44** |
| | face amount | doubtful or uncollectible accounts | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Kevin Bynum Farms, LLC** | | Case number *(If known)* **18-18080** |
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | **22.49** | - | **0.00** = .... | **$22.49** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **1,911.76** | - | **0.00** = .... | **$1,911.76** |
| | face amount | | doubtful or uncollectible accounts | |
| 11a. 90 days old or less: | **1,604.70** | - | **0.00** = .... | **$1,604.70** |
| | face amount | | doubtful or uncollectible accounts | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**$4,996.39**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* **Grain Trailer Qty 2 $ 20,000 each Vin NO. 1TDH40023BB126787 Vin. No. 1TDH42220BB129543** | **Unknown** | | **$40,000.00** |
| **Cultivator Qty 3--$ 20,000 Each** | **Unknown** | | **$60,000.00** |
| **2007 Gooseneck Trailer Vin No. 1TTHG830175035133** | **Unknown** | | **Unknown** |

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

| Debtor | **Kevin Bynum Farms, LLC** | Case number *(If known)* **18-18080** |
|---|---|---|
| | Name | |

**33.**    **Total of Part 6.**

Add lines 28 through 32.  Copy the total to line 85.

<div style="text-align:right">**$100,000.00**</div>

**34.**    **Is the debtor a member of an agricultural cooperative?**

■ No

☐ Yes.  Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35.**    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

■ No

☐ Yes. Book value _____    Valuation method _____    Current Value _____

**36.**    **Is a depreciation schedule available for any of the property listed in Part 6?**

■ No

☐ Yes

**37.**    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

■ No

☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.

☐ Yes Fill in the information below.

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2009 F250 Pick Up**<br>       **175,000 Miles** | **Unknown** | | **$2,500.00** |
| 47.2.   **2014 Ford F 250**<br>       **VIN NO. 1FT7W2BTXEEA64203** | **$29,000.00** | **Comparable sale** | **$29,000.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

<div style="text-align:right">**$31,500.00**</div>

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

7/16/18 7:30PM

| Debtor | **Kevin Bynum Farms, LLC** | Case number *(If known)* **18-18080** |
|---|---|---|
| | Name | |

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 9:</div>    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Kevin Bynum Farms, LLC**                              Case number *(If known)*  **18-18080**
Name

55.1.  **Parcel A:**
**All of Blocks 1
through 66, inclusive,
Bel-Air Groves,
according to the plat
thereof as recorded
in Plat Book 14, Page
11, of the Public
Records of St. Lucie
County, Florida.
and
The East 1/4 of the
North 1/2 of Section
15, less the South 30
feet of Section 15,
Township 34 South,
Range 38 East, being
further described ast
he "Reservior Parcel"
as delineated upon
the Plat of Bel-Air
Groves, as recordeed
in Plat Book 14, Page
11, of the Public
Records of St. Lucie
County, Florida.**


**Parcel D:
The North 3/4 of
Section 26 and the
East 1/2 of the
Northeast 1/4 and the
Northeast 1/4 of the
Southeast 1/4 of
Section 27, Township
34 South, Range 38
East, lying and
situate in St. Lucie
County, Florida.**

**Parcel ID. No.
1210-501-0001-000-3
Parcel ID. No.
1210-501-0001-000-3**          **Fee simple**              **Unknown**                                     **$3,600,000.00**

| Debtor | **Kevin Bynum Farms, LLC** | Case number *(If known)* **18-18080** |
|--------|--------------------------|---------------------------------------|
|        | Name                     |                                       |

| | | | | |
|---|---|---|---|---|
| 55.2. | **Parcel B:**<br>**Blocks 46 through**<br>**90, inclusive, INDRIO**<br>**GROVES, according**<br>**to the map or plat**<br>**thereof as recorded**<br>**in Plat Book 12, Page**<br>**48, Public Records of**<br>**St. Lucie County,**<br>**Florida.**<br><br>**Parcel ID. No.**<br>**1214-701-0042-000-8**<br>**Parcel ID. No.**<br>**1214-701-0042-000-8** | Fee simple | Unknown | $3,600,000.00 |
| 55.3. | **Parcel C:**<br>**Blocks 1 through 45,**<br>**inclusive, INDRIO**<br>**GROVES, according**<br>**to the map or plat**<br>**thereof as recorded**<br>**in Plat Book, 12,**<br>**Page 48,  Public**<br>**Records of St. Lucie**<br>**County, Florida.**<br><br>**Parcel ID. No.**<br>**1214-701-0005-000-7**<br>**Parcel ID. No.**<br>**1214-701-0021-000-5**<br>**Parcel ID. No.**<br>**1214-701-0001-000-9**<br>**Parcel ID. No.**<br>**1214-701-0039-000-4**<br>**Parcel ID. No.**<br>**1226-111-0001-000-5**<br>**Parcel ID. No.**<br>**1214-701-0012-000-9**<br>**Parcel ID. No.**<br>**1214-701-0021-000-5**<br>**Parcel ID. No.**<br>**1214-701-0001-000-9**<br>**Parcel ID. No.**<br>**1214-701-0039-000-4**<br>**Parcel ID. No.**<br>**1226-111-0001-000-5**<br>**Parcel ID. No.**<br>**1214-701-0012-000-9**<br>**Parcel ID. No.**<br>**1214-701-0009-000-5** | Fee simple | Unknown | $3,600,000.00 |

Debtor    **Kevin Bynum Farms, LLC**
Name

Case number *(If known)*  **18-18080**

| | | | |
|---|---|---|---|
| 55.4. | **Parcel D:**<br>**The North 3/4 of**<br>**Section 26 and the**<br>**East 1/2 of the**<br>**Northeast 1/4 and the**<br>**Northeast 1/4 of the**<br>**Southeast 1/4 of**<br>**Section 27, Township**<br>**34 South, Range 38**<br>**East, lying and**<br>**situate in St. Lucie**<br>**County, Florida.**<br><br>**Parcel ID. No.**<br>**1214-701-0005-000-7**<br>**Parcel ID. No.**<br>**1214-701-0021-000-5**<br>**Parcel ID. No.**<br>**1214-701-0001-000-9**<br>**Parcel ID. No.**<br>**1214-701-0039-000-4**<br>**Parcel ID. No.**<br>**1226-111-0001-000-5**<br>**Parcel ID. No.**<br>**1214-701-0012-000-9**<br>**Parcel ID. No.**<br>**1214-701-0021-000-5**<br>**Parcel ID. No.**<br>**1214-701-0001-000-9**<br>**Parcel ID. No.**<br>**1214-701-0039-000-4**<br>**Parcel ID. No.**<br>**1226-111-0001-000-5**<br>**Parcel ID. No.**<br>**1214-701-0012-000-9**<br>**Parcel ID. No.**<br>**1214-701-0009-000-5** | **Fee simple** | **Unknown** | **$3,600,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Kevin Bynum Farms, LLC**
          Name                                                         Case number *(If known)*  **18-18080**

| | | | | |
|---|---|---|---|---|
| 55.5. | **Parcel E:**<br>**A parcel of land lying**<br>**in Sections 24 and**<br>**25, Township 34**<br>**South, Range 38**<br>**East, St. Lucie**<br>**County, Florida,**<br>**being more**<br>**particularly**<br>**described as follows:**<br>**Beginning at the**<br>**Southwest corner of**<br>**said Section 24,**<br>**thence N. 00 degrees**<br>**24'45" E along the**<br>**West line of said**<br>**Section 24, a**<br>**distance of 3,970.88**<br>**feet; thence S 89**<br>**degrees51'45"E, a**<br>**distance of 1,324.51**<br>**feet; thence S00**<br>**degrees 25'11" W, a**<br>**distance of 3,975.14**<br>**feet to the common**<br>**Section line of said**<br>**Section 24 adn 25;**<br>**thence S 00 degr** | **Fee simple** | **Unknown** | | **$3,600,000.00** |

| | |
|---|---|
| 56. | **Total of Part 9.** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

<div align="right">

**$18,000,000.00**

</div>

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
        ■ No
        ☐ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

**Part 10:**     **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

     ■ No.  Go to Part 11.
     ☐ Yes Fill in the information below.

**Part 11:**     **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ■ No.  Go to Part 12.
     ☐ Yes Fill in the information below.

Debtor **Kevin Bynum Farms, LLC**                                    Case number *(If known)* **18-18080**
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $31,397.18 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $4,996.39 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $100,000.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $31,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $18,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $167,893.57 | + 91b. $18,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $18,167,893.57 |

---

7/16/18  7:30PM

**Fill in this information to identify the case:**

Debtor name        **Kevin Bynum Farms, LLC**

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF FLORIDA

Case number (if known)        **18-18080**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| **2.1** | **AGAMERICA AV1, LLC** | | **$15,000,000.00** | **$3,600,000.00** |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**Parcel A:
All of Blocks 1 through 66, inclusive, Bel-Air Groves, according to the plat thereof as recorded in Plat Book 14, Page 11, of the Public Records of St. Lucie County, Florida.
and
The East 1/4 of the North 1/2 of Section 15, le**

**4030 S Pipkin Rd, Lakeland
Lakeland, FL 33811**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

Date debt was incurred

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. AGAMERICA AV1, LLC
2. St Lucie County Tax Collector
3. Indian River County Tax Collector
4. US Bank c/o Pleasant Valley Capital, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| **2.2** | **Catalina Tax Co., LLC** | Describe debtor's property that is subject to a lien | **$5,564.93** | **$3,600,000.00** |
|---|---|---|---|---|

| Debtor | Kevin Bynum Farms, LLC | Case number (if know) | 18-18080 |
|---|---|---|---|
| | Name | | |

Creditor's Name

**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO**
**GROVES, according to the map or plat**
**thereof as recorded in Plat Book, 12, Page 48,**
**Public Records of St. Lucie County, Florida.**

**ATTN: Bankruptcy**
**Department**
**POB 645040**
**Cincinnati, OH 45264-5040**

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0005**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**
☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**1. FCAP as Custodian for**
**FTCFIMT, LLC**
**2. FCAP as Custodian for**
**FTCFIMT, LLC**
**3. FCAP as Custodian for**
**FTCFIMT, LLC**
**4. FCAP as Custodian for**
**FTCFIMT, LLC**
**5. FCAP as Custodian for**
**FTCFIMT, LLC**
**6. FCAP as Custodian for**
**FTCFIMT, LLC**
**7. US Bank c/o Liege Tax**
**Leins, LLC**
**8. Catalina Tax Co., LLC**
**9. Eleventh Talent, LLC**
**10. Eleventh Talent, LLC**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Catalina Tax Co., LLC | Describe debtor's property that is subject to a lien | $5,564.93 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Parcel D:**
**The North 3/4 of Section 26 and the East 1/2**
**of the Northeast 1/4 and the Northeast 1/4 of**
**the Southeast 1/4 of Section 27, Township 34**
**South, Range 38 East, lying and situate in St.**
**Lucie County, Florida.**

**ATTN: Bankruptcy**
**Department**
**POB 645040**
**Cincinnati, OH 45264-5040**

**Parcel ID. No. 1214-**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**
**2016**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 15

Debtor    **Kevin Bynum Farms, LLC**
Name

Case number (if know)    **18-18080**

**0005**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

**1. FCAP as Custodian for FTCFIMT, LLC**
**2. FCAP as Custodian for FTCFIMT, LLC**
**3. FCAP as Custodian for FTCFIMT, LLC**
**4. FCAP as Custodian for FTCFIMT, LLC**
**5. FCAP as Custodian for FTCFIMT, LLC**
**6. FCAP as Custodian for FTCFIMT, LLC**
**7. US Bank c/o Liege Tax Leins, LLC**
**8. Catalina Tax Co., LLC**
**9. Eleventh Talent, LLC**
**10. Eleventh Talent, LLC**

---

| 2.4 | **Eleventh Talent, LLC** | | $1,440.40 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book, 12, Page 48, Public Records of St. Lucie County, Florida.**

**POB 769**
**Palm City, FL 34991**

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0007**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.5 | **Eleventh Talent, LLC** | | $1,140.40 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Parcel D:**
**The North 3/4 of Section 26 and the East 1/2 of the Northeast 1/4 and the Northeast 1/4 of the Southeast 1/4 of Section 27, Township 34 South, Range 38 East, lying and situate in St. Lucie County, Florida.**

**POB 769**
**Palm City, FL 34991**

**Parcel ID. No. 1214-**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 15

Debtor **Kevin Bynum Farms, LLC**
_____
Name

Case number (if know) **18-18080**

Creditor's mailing address
_____

Creditor's email address, if known
_____

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0007**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Eleventh Talent, LLC** | **Describe debtor's property that is subject to a lien** | $1,100.47 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book, 12, Page 48, Public Records of St. Lucie County, Florida.**

**POB 769**
**Palm City, FL 34991**

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**
_____

Creditor's mailing address
_____

**Describe the lien**
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0009**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Eleventh Talent, LLC** | **Describe debtor's property that is subject to a lien** | $1,100.47 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Parcel D:**
**The North 3/4 of Section 26 and the East 1/2 of the Northeast 1/4 and the Northeast 1/4 of the Southeast 1/4 of Section 27, Township 34 South, Range 38 East, lying and situate in St. Lucie County, Florida.**

**POB 769**
**Palm City, FL 34991**

**Parcel ID. No. 1214-**
_____

Creditor's mailing address
_____

**Describe the lien**
_____

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**

---

Debtor  **Kevin Bynum Farms, LLC**
_____
Name

Case number (if know)  **18-18080**
_____

| | |
|---|---|
| **Date debt was incurred** | ■ No |
| **2016** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) |
| **Last 4 digits of account number** | |
| **0009** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.3** | ☐ Disputed |

---

| 2.8 | **Eleventh Talent, LLC** | **Describe debtor's property that is subject to a lien** | $847.41 | $3,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Parcel C:** | | |

**Blocks 1 through 45, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book, 12, Page 48, Public Records of St. Lucie County, Florida.**

**POB 769
Palm City, FL 34991**
_____
Creditor's mailing address

**Parcel ID. No. 1214-701-0005-000-7
Parcel ID. No. 1214-**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0004**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Eleventh Talent, LLC** | **Describe debtor's property that is subject to a lien** | $847.41 | $3,600,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Parcel D:** | | |

**The North 3/4 of Section 26 and the East 1/2 of the Northeast 1/4 and the Northeast 1/4 of the Southeast 1/4 of Section 27, Township 34 South, Range 38 East, lying and situate in St. Lucie County, Florida.**

**POB 769
Palm City, FL 34991**
_____
Creditor's mailing address

**Parcel ID. No. 1214-**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0004**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 15

| Debtor | Kevin Bynum Farms, LLC | Case number (if know) | 18-18080 |
|---|---|---|---|
| | Name | | |

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Evermore Funding, LLC** | Describe debtor's property that is subject to a lien | $42,416.40 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Parcel B:**
**Blocks 46 through 90, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book 12, Page 48, Public Records of St. Lucie County, Florida.**

**c/o US Bank**
**P. O. Box 645040**
**Cincinnati, OH 45264-5040**

**Parcel ID. No. 1214-701-0042-000-8**
**Parcel ID. No. 1214-7**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0008**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **FCAP as Custodian for FTCFIMT, LLC** | Describe debtor's property that is subject to a lien | $2,060.27 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book, 12, Page 48, Public Records of St. Lucie County, Florida.**

**P. O. Box 775311**
**Chicago, IL 60677**

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**

Creditor's mailing address

**Describe the lien**
**ad valorem tax lein**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0009**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

7/16/18 7:30PM

| Debtor | Kevin Bynum Farms, LLC | Case number (if know) | 18-18080 |
|---|---|---|---|
| | Name | | |

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

---

| 2.1 2 | **FCAP as Custodian for FTCFIMT, LLC** | | $2,060.27 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Parcel D:**
**The North 3/4 of Section 26 and the East 1/2 of the Northeast 1/4 and the Northeast 1/4 of the Southeast 1/4 of Section 27, Township 34 South, Range 38 East, lying and situate in St. Lucie County, Florida.**

**P. O. Box 775311**
**Chicago, IL 60677**

**Parcel ID. No. 1214-**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0009**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **FCAP as Custodian for FTCFIMT, LLC** | | $5,594.17 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book, 12, Page 48, Public Records of St. Lucie County, Florida.**

**P. O. Box 775311**
**Chicago, IL 60677**

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0007**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Kevin Bynum Farms, LLC**
Name

Case number *(if know)* **18-18080**

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

---

| 2.1 4 | **FCAP as Custodian for FTCFIMT, LLC** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Parcel D:**
**The North 3/4 of Section 26 and the East 1/2 of the Northeast 1/4 and the Northeast 1/4 of the Southeast 1/4 of Section 27, Township 34 South, Range 38 East, lying and situate in St. Lucie County, Florida.**

$5,594.17    $3,600,000.00

**Parcel ID. No. 1214-**

P. O. Box 775311
Chicago, IL 60677

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0007**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

---

| 2.1 5 | **FCAP as Custodian for FTCFIMT, LLC** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book, 12, Page 48, Public Records of St. Lucie County, Florida.**

$4,262.90    $3,600,000.00

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**

P. O. Box 775311
Chicago, IL 60677

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0009**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | Kevin Bynum Farms, LLC | | Case number (if know) | 18-18080 |
|---|---|---|---|---|
| | Name | | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **FCAP as Custodian for FTCFIMT, LLC** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Parcel D:**
**The North 3/4 of Section 26 and the East 1/2 of the Northeast 1/4 and the Northeast 1/4 of the Southeast 1/4 of Section 27, Township 34 South, Range 38 East, lying and situate in St. Lucie County, Florida.**

$4,262.90        $3,600,000.00

**Parcel ID. No. 1214-**

P. O. Box 775311
Chicago, IL 60677

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0009**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **FCAP as Custodian for FTCFIMT, LLC** |
|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**

**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book, 12, Page 48, Public Records of St. Lucie County, Florida.**

$251.59        $3,600,000.00

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**

P. O. Box 775311
Chicago, IL 60677

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0005**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 15

Debtor  **Kevin Bynum Farms, LLC**
_____
Name

Case number (if know)    **18-18080**
_____

☐ No
☐ Contingent
■ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.
**Specified on line 2.2**
_____

---

| 2.1 8 | **FCAP as Custodian for FTCFIMT, LLC** | | $251.59 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Parcel D:**
**The North 3/4 of Section 26 and the East 1/2**
**of the Northeast 1/4 and the Northeast 1/4 of**
**the Southeast 1/4 of Section 27, Township 34**
**South, Range 38 East, lying and situate in St.**
**Lucie County, Florida.**

**P. O. Box 775311**
**Chicago, IL 60677**
_____
Creditor's mailing address

**Parcel ID. No. 1214-**
_____

**Describe the lien**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2016**
**Last 4 digits of account number**
**0005**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **FCAP as Custodian for FTCFIMT, LLC** | | $3,272.23 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO**
**GROVES, according to the map or plat**
**thereof as recorded in Plat Book, 12, Page 48,**
**Public Records of St. Lucie County, Florida.**

**P. O. Box 775311**
**Chicago, IL 60677**
_____
Creditor's mailing address

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**
_____

**Describe the lien**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0004**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Kevin Bynum Farms, LLC** | Case number (if know) | **18-18080** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2 0** | **FCAP as Custodian for FTCFIMT, LLC** | Describe debtor's property that is subject to a lien | **$3,272.23** | **$3,600,000.00** |
| | Creditor's Name | **Parcel D:** | | |

**Parcel D:**
The North 3/4 of Section 26 and the East 1/2 of the Northeast 1/4 and the Northeast 1/4 of the Southeast 1/4 of Section 27, Township 34 South, Range 38 East, lying and situate in St. Lucie County, Florida.

**P. O. Box 775311**
**Chicago, IL 60677**
Creditor's mailing address

**Parcel ID. No. 1214-**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0004**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2 1** | **FCAP as Custodian for FTCFIMT, LLC** | Describe debtor's property that is subject to a lien | **$7,036.46** | **$3,600,000.00** |
| | Creditor's Name | **Parcel C:** | | |

**Parcel C:**
Blocks 1 through 45, inclusive, INDRIO GROVES, according to the map or plat thereof as recorded in Plat Book, 12, Page 48, Public Records of St. Lucie County, Florida.

**P. O. Box 775311**
**Chicago, IL 60677**
Creditor's mailing address

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0005**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **Kevin Bynum Farms, LLC** | Case number (if know) | **18-18080** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **FCAP as Custodian for FTCFIMT, LLC** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | $7,036.46 | $3,600,000.00 |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**
Parcel D:
The North 3/4 of Section 26 and the East 1/2 of the Northeast 1/4 and the Northeast 1/4 of the Southeast 1/4 of Section 27, Township 34 South, Range 38 East, lying and situate in St. Lucie County, Florida.

P. O. Box 775311
Chicago, IL 60677
Creditor's mailing address

Parcel ID. No. 1214-

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Ford Motor Credit Company** | | |
|---|---|---|---|
| | Creditor's Name | | |

| | | Unknown | $29,000.00 |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**
2014 Ford F 250
VIN NO. 1FT7W2BTXEEA64203

American Road Recovery
POB 6508
Mesa, AZ 85216
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Indian River County Tax Collector** | | |
|---|---|---|---|

| | | Unknown | $3,600,000.00 |
|---|---|---|---|

**Describe debtor's property that is subject to a lien**

---

Debtor    **Kevin Bynum Farms, LLC**

Name

Case number (if know)    **18-18080**

| | |
|---|---|
| Creditor's Name | **Parcel A:**<br>**All of Blocks 1 through 66, inclusive, Bel-Air**<br>**Groves, according to the plat thereof as**<br>**recorded in Plat Book 14, Page 11, of the**<br>**Public Records of St. Lucie County, Florida.**<br>**and**<br>**The East 1/4 of the North 1/2 of Section 15, le** |

**ATTN: Bankruptcy
Department
P.O. Box 1509
Vero Beach, FL 32961-1509**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.2 5 | **St Lucie County Tax Collector** | Describe debtor's property that is subject to a lien | **Unknown** | **$3,600,000.00** |
|---|---|---|---|---|

Creditor's Name

**Parcel A:
All of Blocks 1 through 66, inclusive, Bel-Air
Groves, according to the plat thereof as
recorded in Plat Book 14, Page 11, of the
Public Records of St. Lucie County, Florida.
and
The East 1/4 of the North 1/2 of Section 15, le**

**Chris Craft, Tax Collector
POB 308
Fort Pierce, FL 34945**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

☑ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

**Specified on line 2.1**

---

| 2.2 6 | **US Bank c/o Liege Tax Leins, LLC** | Describe debtor's property that is subject to a lien | **$1,692.41** | **$3,600,000.00** |
|---|---|---|---|---|

---

Debtor    **Kevin Bynum Farms, LLC**
_____
Name

Case number (if know)    **18-18080**
_____

Creditor's Name
_____

**Parcel C:**
**Blocks 1 through 45, inclusive, INDRIO**
**GROVES, according to the map or plat**
**thereof as recorded in Plat Book, 12, Page 48,**
**Public Records of St. Lucie County, Florida.**

**P. O. Box 645040**
**Cincinnati, OH 45264-5040**
_____
Creditor's mailing address

**Parcel ID. No. 1214-701-0005-000-7**
**Parcel ID. No. 1214-**
_____

**Describe the lien**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0005**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 7 | **US Bank c/o Liege Tax Leins, LLC** | | $1,692.41 | $3,600,000.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Parcel D:**
**The North 3/4 of Section 26 and the East 1/2**
**of the Northeast 1/4 and the Northeast 1/4 of**
**the Southeast 1/4 of Section 27, Township 34**
**South, Range 38 East, lying and situate in St.**
**Lucie County, Florida.**

**P. O. Box 645040**
**Cincinnati, OH 45264-5040**
_____
Creditor's mailing address

**Parcel ID. No. 1214-**
_____

**Describe the lien**
_____

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0005**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an**
**interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.3**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 8 | **US Bank c/o Pleasant Valley Capital, LLC** | **Describe debtor's property that is subject to a lien** | $21,154.47 | $3,600,000.00 |
|---|---|---|---|---|

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 14 of 15

Debtor **Kevin Bynum Farms, LLC**

Name

Case number (if know) **18-18080**

Creditor's Name

**Parcel A:**
**All of Blocks 1 through 66, inclusive, Bel-Air**
**Groves, according to the plat thereof as**
**recorded in Plat Book 14, Page 11, of the**
**Public Records of St. Lucie County, Florida.**
**and**
**The East 1/4 of the North 1/2 of Section 15, le**

**P. O. Box 645040**
**Cincinnati, OH 45264-5040**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2017**
**Last 4 digits of account number**
**0003**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| $15,129,517.35 |
| --- |

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| john@sgv-law.com | Line  2.23 | |
| Mark J. Wolfson<br>100 North Tampa Street<br>Ste 2700<br>Tampa, FL 33602 | Line  2.1 | |

---

**Fill in this information to identify the case:**

Debtor name __Kevin Bynum Farms, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __18-18080__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**ATTN: Bankruptcy Department**<br>**POB 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: |  |  |
| Last 4 digits of account number | Is the claim subject to offset? |  |  |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |  |  |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Jerry Kevin Bynum**<br>**7 Royal Palm Pointe**<br>**Penthouse West**<br>**Vero Beach, FL 32960**<br>**Date(s) debt was incurred** __6.15.18__<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | $10,000.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**John Deer Financial**<br>**6400 NW 86th Street**<br>**P. O. Box 6600**<br>**Johnston, IA 50131**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** __Potential Deficiency on Farm Equipment__<br>Is the claim subject to offset? ■ No  ☐ Yes | Unknown |

### Part 3:    List Others to Be Notified About Unsecured Claims

7/16/18 7:30PM

| Debtor | **Kevin Bynum Farms, LLC** | Case number (if known) | **18-18080** |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 10,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 10,000.00 |

**Fill in this information to identify the case:**

Debtor name        **Kevin Bynum Farms, LLC**

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF FLORIDA

Case number (if known)        **18-18080**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal        Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

7/16/18 7:30PM

**Fill in this information to identify the case:**

Debtor name    **Kevin Bynum Farms, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-18080**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                    Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Jerry Kevin Bynum** | **7 Royal Palm Pointe PH West Vero Beach, FL 32960** | **AGAMERICA AV1, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Jerry Kevin Bynum** | **7 Royal Palm Pointe Penthouse West Vero Beach, FL 32960** | **Ford Motor Credit Company** | ■ D   **2.23** ☐ E/F _____ ☐ G _____ |
| 2.3 | **Vanessa Bynum** | **7 Royal Palm Pointe PH West Vero Beach, FL 32960 Schedule D** | **AGAMERICA AV1, LLC** | ☐ D _____ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name   **Kevin Bynum Farms, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **18-18080**

☐ Check if this is an
amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|
    | 3.1.  **Palmdale Oil Company Attn:  Bankruptcy Dept. POB 538397 Atlanta, GA 30353-8397** | 5/2/18 | $9,534.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
    | 3.2.  **Morgan, Jacoby, Thurn, et.al 700 20th St. Vero Beach, FL 32961** | 5/2/18 | $26,532.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other_**accounting**_ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Kevin Bynum Farms, LLC | Case number *(if known)* | 18-18080 |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jerry Kevin Bynum**<br>**7 Royal Palm Pointe**<br>**Penthouse West**<br>**Vero Beach, FL 32960**<br>**managing member** | **unk** | **Unknown** | |
| 4.2. **Jerry Bynum**<br><br>**managing member's father** | **12/1/17;**<br>**12/4/17;**<br>**12/5/17;**<br>**12/6/17;**<br>**12/7/17;**<br>**12/8/17** | **$30,121.20** | **salary/wages** |
| 4.3. **Mary Bynum**<br><br>**managing member's mother** | **12/1/17;**<br>**12/4/17;**<br>**12/5/17;**<br>**12/6/17;**<br>**12/7/17;**<br>**12/8/17** | **$15,037.98** | **bookkeeping/accounting/wages** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **St. Lucie County Tax Collector**<br>**Chris Craft, Tax Collector**<br>**POB 308**<br>**Fort Pierce, FL 34945** | **$10,000- levy SunTrust Acct**<br>**Hagie Sprayer, Grain Trailer, 7320 John**<br>**Deere Tractor, John Deere CVX Mower** | **2/18-4/18** | **$100,000.00** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Kevin Bynum Farms, LLC**                                         Case number *(if known)*   **18-18080**

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **AGAMERICA AV1, LLC**<br>**v.**<br>**Kevin Bynum Farms, LLC**<br>**562017CA001632AXXXHC** | | **St Lucie County Clerk of Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Law Firm of Hoskins, Turco, Lloyd & Lloy**<br>**302 South Second Street**<br>**Fort Pierce, FL 34950** | **Attorney Fees** | **7.2.18** | **$1,335.00** |
| **Email or website address**<br>**ecolin@hosklaw.com** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **Kevin Bynum Farms, LLC**                                    Case number *(if known)*  **18-18080**

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 . | **Corrigan Ranch**<br>**7150 20th Street Ste E**<br>**Vero Beach, FL 32966** | **Rubber Tire Backhoe** | **8.16.17** | **$72,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.2 . | **Direct Sales & LSG LLC**<br>**855 US Highway 1**<br>**Vero Beach, FL 32960** | **2011 Chevy Tahoe**<br>**Vin No. 1GNSKCE09BR322638** | **1.12.2018** | **$12,000.00** |
| | Relationship to debtor<br>**None** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■  No.
☐  Yes. State the nature of the information collected and retained.

| Debtor | Kevin Bynum Farms, LLC | Case number *(if known)* 18-18080 |
|---|---|---|

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Delk Crosier | 16951 Indrio Rd<br>Fort Pierce, FL 34945 | Polaris Ranger 4 Wheeler | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Debtor    **Kevin Bynum Farms, LLC**                                          Case number *(if known)* **18-18080**

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ☒ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ☒ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Josette M. Rappel CPA**<br>**700-20th Street**<br>**Vero Beach, FL 32960** | **Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

| Debtor | Kevin Bynum Farms, LLC | Case number *(if known)*  18-18080 |
|---|---|---|

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jerry Kevin Bynum | 7 Royal Palm Pointe Penthouse West Vero Beach, FL 32960 | Owner | 100 % |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Jerry Kevin Bynum | unknown | | |
| | **Relationship to debtor** Managing Member | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    **Kevin Bynum Farms, LLC**                                              Case number *(if known)*    **18-18080**

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 16, 2018**

**/s/ Jerry Kevin Bynum**                                      **Jerry Kevin Bynum**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Owner/Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### Southern District of Florida

In re __Kevin Bynum Farms, LLC__
_____
Debtor(s)

Case No. __18-18080__
Chapter __7__

## VERIFICATION OF CREDITOR MATRIX

I, the Owner/Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __July 16, 2018__

__/s/ Jerry Kevin Bynum__
__Jerry Kevin Bynum__/__Owner/Managing Member__
Signer/Title